**Elijah CLAY, Petitioner–Appellee,**

v.

**A.P. KANE, Respondent–Appellant.**

No. 07–55377.

United States Court of Appeals,
Ninth Circuit.

Aug. 20, 2012.

Elijah Clay, Soledad, CA, pro se.

Elizabeth A. Newman, Federal Public Defender's Office, Los Angeles, CA, for Petitioner–Appellee.

Kimara Ann Aarons, Esq., Deputy Attorney General, Office of the California Attorney General, San Diego, CA, for Respondent–Appellant.

* The Honorable Ronald B. Leighton, United States District Judge for the Western District

Before: PREGERSON and WARDLAW, Circuit Judges, and LEIGHTON, District Judge.*

ORDER

In light of the Supreme Court's opinion in *Swarthout v. Cooke,* —— U.S. ——, 131 S.Ct. 859, 178 L.Ed.2d 732 (2011), this case is remanded to the district court for further proceedings consistent with that opinion.